MELINDA L. HAAG (SBN: 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JUAN D. WALKER (SBN 208008)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6748
    juan.walker@usdoj.gov

Attorneys for Defendant

ROBERT E. BREECKER (SBN: 46564)
    440 Grand A venue, Suite 420
    Oakland, CA 94610
    (510) 763-4444
    (510) 893-2355 (fax)
    breecker@yahoo.com

Attorney for Plaintiff
Ollie Eugene Dunlap III

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| OLLIE EUGENE DUNLAP III, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA; and ) <br> DOES 1 through 100, Inclusive, ) <br> ) <br>     Defendants. ) <br> _____ ) | No. C-11-1276 (TEH) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING ADR COMPLETION DATE** |

    Defendant UNITED STATES OF AMERICA ("Defendant") and Plaintiff OLLIE EUGENE DUNLAP III ("Plaintiff"), by and through their respective counsel of record, do hereby stipulate as follows:

    1.   The Court set the Alterative Dispute Resolution ("ADR") completion date in this matter for December 1, 2011.

    2.   The parties have not requested any previous extension of the ADR completion date.

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR COMPLETION DATE
C-11-1276 (TEH)

3. The parties set the mediation for this matter for November 29, 2011. However, at this time, the parties do not believe that they have engaged in sufficient discovery for mediation to be productive.

4. The parties have exchanged and responded to the first round of written discovery. Additionally, the parties have scheduled the depositions of the Plaintiff and the surgeon involved in this medical malpractice case for December of 2011. After this discovery is completed, the parties will be in better position to have a productive mediation.

5. John Barg of Barg, Coffin, Lewis & Trapp, LLP has been assigned as the mediator in this matter. Mr. Barg and the parties have provisionally agreed upon a new mediation date of January 30, 2012, pending receipt of permission from the Court.

6. Accordingly, Plaintiff and Defendant request an Order from the Court continuing the deadline for completion of ADR from December 1, 2011 to February 15, 2012.

Dated: November 28, 2011  Respectfully submitted,

MELINDA L. HAAG
United States Attorney

_____/s/_____
JUAN D. WALKER[1]
Assistant U.S. Attorney
Attorneys for Federal Defendant

Dated: November 28, 2011  _____/s/_____
ROBERT E. BREECKER
Attorney for Plaintiff

[PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: 11/29/2011

_____
THE HONORABLE
UNITED STATES DISTRICT JUDGE

*Judge Thelton E. Henderson*

---

[1] In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from the other signatory listed on this document.

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR COMPLETION DATE
C-11-1276 (TEH)                                        2