# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| OLLIE E. DUNLAP III, | No. C 11-01276 TEH (MEJ) |
| Plaintiff(s), | **ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| USA, | |
| Defendant(s). | |

This matter is scheduled for a settlement conference on May 29, 2012. Now before the Court is Plaintiff Ollie Eugene Dunlap III's request to allow him to appear by telephone at the conference. Good cause appearing, the request is GRANTED. However, Plaintiff is hereby advised that, should the case not settle and a further settlement conference be scheduled, he will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California