1  ROBERT E. BREECKER, No. 46564
   440 Grand Avenue, Suite 420
2  Oakland, CA 94610
   (510) 763-4444
3  (510) 893-2355 (fax)
   breecker@yahoo.com
4
   Attorney for Plaintiff
5  Ollie Eugene Dunlap III

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
   OLLIE EUGENE DUNLAP III,
10
          Plaintiff,                    Case No.:  CV 11-01276 TEH
11
   Vs.                                  **SUBSTITUTION OF ATTORNEYS**
12
   UNITED STATES OF AMERICA;
13 and DOES 1 through 100, Inclusive,

14        Defendants.

15 _____

16
        Plaintiff, Ollie Eugene Dunlap III hereby substitutes himself, *pro se*, in place of Robert E.
17
   Breecker as attorney of record in this action.  Plaintiff's address is 84-710 Kili Drive, Apt. 1817,
18
   Waianae, HI  96792.  Phone (808) 277-2811.
19

20 Dated: 5 MAR 2012 , 2012           _____
                                      Ollie Eugene Dunlap III
21

22
   I accept this substitution
23
   Dated: March 5                    _____
24                                    Robert E. Breecker
25

[Stamp: DENIED — Judge Thelton E. Henderson, United States District Court, Northern District of California]

[Filed stamp: 06/11/2012 DENIED — Judge Thelton E. Henderson]