United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLLIE EUGENE DUNLAP III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

NO. C11-1276 TEH

<u>ORDER SCHEDULING
HEARING ON MOTION TO
WITHDRAW AS ATTORNEY
AND VACATING TRIAL DATE</u>

    Robert Breecker, counsel for Plaintiff Ollie Eugene Dunlap III, has filed a motion to withdraw as Dunlap's attorney. Defendant United States of America has stated that it does not oppose counsel's withdrawal. The parties have stipulated to have the motion heard on shortened time, but the Court does not find good cause to do so. Instead, IT IS HEREBY ORDERED that:

    1. Breecker shall serve a copy of his motion and this order on Dunlap, and file proof of such service, on or before **July 24, 2012.**

    2. If Dunlap wishes to respond to the motion in writing, he shall do so on or before **August 8, 2012.**

    3. If Breecker wishes to respond to any submission by Dunlap, he shall do so on or before **August 15, 2012.**

    4. The motion to withdraw shall be heard before this Court on **August 27, 2012, at 10:00 AM.** Breecker and Dunlap shall personally appear. Counsel for Defendant may, but is not required to, appear.

5. The trial date, pretrial conference date, and all related deadlines are hereby VACATED. These dates will be rescheduled if necessary following the October 10, 2012 settlement conference.

**IT IS SO ORDERED.**

Dated: 07/17/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT